**94–870.** State ex rel. Dines v. Eighth Dist. Court of Appeals. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–884.** State v. Shepherd. *Cuyahoga County,* No. 44014. Judgment affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–904.** State v. Barnes. *Cuyahoga County,* No. 50318. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY , JJ., concur.

MOYER, C.J., and PFEIFER, J., dissent.

On motion for leave to file memorandum in support of jurisdiction instanter. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**94–914.** State ex rel. Finfrock v. Foley. In Mandamus. On motion for summary judgment. Motion treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–926.** State v. Franklin. *Hamilton County,* No. C–890028. Judgment affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.

**94–929.** State ex rel. Lee v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–953.** In re Doe Children. *Lucas County,* No. L–92–260. On motion for leave to file notice of appeal instanter. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, WRIGHT and F.E. SWEENEY, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

**94–962.** State ex rel. Avery v. Hocking Corrections Facility. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–986.** State ex rel. Borsick v. Maschari. In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–987.** State v. Klein. *Cuyahoga County,* No. 58389. Judgment affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1036.** State ex rel. Johnson v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1040.** Cargile v. Thompson. In Procedendo and Prohibition. *Sua sponte,* cause dismissed.

A.W. SWEENEY, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent and would grant an alternative writ.

**94–1055.** Glatz v. Beaman. *Erie County,* No. E–94–11. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.